THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:12-CR-42-1F

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FRANK RICO DISALVO, | ) | |
| Defendant. | ) | |

For good cause shown, Frank Rico Disalvo's Motion to Seal Defendant's Sentencing Memorandum is hereby GRANTED.
[DE-66]

So ordered. This the 17th day of December, 2012.

_James C. Fox_
UNITED STATES DISTRICT JUDGE