UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-42-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FRANK RICO DISALVO, | ) | |
| Defendant. | ) | |

This matter is before the court upon the Government's motion to substitute a redacted exhibit for the exhibit admitted at sentencing [DE-75]. The exhibit submitted at sentencing contains personal identifiers that should be redacted pursuant to Fed. R. Crim. P. 491. Counsel for the Defendant has no objection to the substitution.

For the foregoing reasons, the Clerk of Court is DIRECTED to substitute the Government's proposed exhibit 1 (attached to DE-75) for that filed in open court on December 18, 2012.

SO ORDERED.

This the 26 day of December, 2012.

JAMES C. FOX
Senior United States District Judge