UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Frank Rico Disalvo**                    **Docket No. 5:12-CR-42-1F**

**Petition for Action on Supervised Release**

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Frank Rico Disalvo, who, upon an earlier plea of guilty to 18 U.S.C. §§ 1341 & 1343 Mail Fraud and Wire Fraud, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on December 18, 2012, to the custody of the Bureau of Prisons for a term of 41 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Frank Rico Disalvo was released from custody on August 15, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 6, 2015, Disalvo submitted to urine testing, the result of which was positive for marijuana. He admitted using marijuana with some friends after drinking alcohol, which is also a violation of supervision. To address his poor decision making, we are recommending the court impose a condition requiring him to participate in a cognitive behavioral program administered by the U.S. Probation Office. This program meets weekly and requires participants to reevaluate their decision making skills using group participation and individual written assignments. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ John A. Cooper |
| Robert L. Thornton | John A. Cooper |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 2 Princess Street Suite 308 |
| | Wilmington, NC 28401-3958 |
| | Phone: 910-679-2046 |
| | Executed On: April 21, 2015 |

**Frank Rico Disalvo**
**Docket No. 5:12-CR-42-1F**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___21___ day of ___April___, 2015 and ordered filed and made a part of the records in the above case.

_James C. Fox_
James C. Fox
Senior U.S. District Judge